```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Lamont Paige, and
Kevin Whitaker

    v.                                    Case No. 18-cv-670-SM

FCI-Berlin, Warden, Robert Hazlewood,
and FNU Feliciano, Chaplain, FCI-Berlin

                              ORDER

    No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 8, 2018, for the reasons set forth therein. Plaintiff Paige's Motion for Preliminary Injunction is hereby denied.

    "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    SO ORDERED.

                                                Steven J. McAuliffe
                                                United States District Judge

Date: September 10, 2018

cc: Lamont E. Paige, pro se
    Kevin Whitaker, pro se
    T. David Plourde, AUSA