```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW HAMPSHIRE
```

Lamont E. Paige

    v.                                    Case No. 18-cv-670-SM

FCI Berlin, Warden, et al

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 2, 2019, for the reasons set forth therein.

                                            _____
                                            Steven J. McAuliffe
                                            United States District Judge

Date: December 17, 2019

cc:   Lamont E. Paige, pro se
       Michael T. McCormack, AUSA