UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Lamont Paige

    v.                                        Case No. 18-cv-670-SM

FCI-Berlin Warden Robert Hazlewood,
(former) FCI-Berlin Religious
Services Assistant FNU Feliciano,
and FCI-Berlin Chaplain FNU Thomas

**REPORT AND RECOMMENDATION**

    Before the court is the defendants' motion (Doc. No. 40) seeking to dismiss Claims 4-6, as numbered by this court, regarding incidents occurring in 2019, as to which plaintiff had not exhausted his available Bureau of Prisons ("BOP") administrative remedies before adding those claims to this case, as required by the Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e.  This court construed that motion as a motion for partial summary judgment as to Claims 4-6, see Feb. 24, 2020 Order (Doc. No. 41), and granted the parties an opportunity for additional briefing and discovery.  Plaintiff, Lamont Paige, has objected to the motion for partial summary judgment.  Doc. Nos. 47, 51.

    For reasons stated in defendants' motion (Doc. No. 40) and in defendants' supplemental filings (Doc. Nos. 46, 49), the motion for partial summary judgment is properly granted, insofar

as plaintiff failed to exhaust the BOP remedies that were available to him, with respect to Claims 4-6, as required.

## Conclusion

For the foregoing reasons, the district judge should grant the motion for partial summary judgment (Doc. No. 40) with respect to Claims 4, 5, and 6, because of plaintiff's failure to exhaust available BOP remedies before filing those claims, as required by the PLRA.  Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice.  See Fed. R. Civ. P. 72(b)(2).  The fourteen-day period may be extended upon motion.  Failure to file specific written objections to the Report and Recommendation within the specified time waives the right to appeal the district court's order.  See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

_____
Andrea K. Johnstone
United States Magistrate Judge

July 7, 2020

cc: Lamont Paige, pro se
    Michael T. McCormack, Esq.