UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Lamont E. Paige

    v.                                           Case No. 18-cv-670-SM

FCI Berlin, Warden, et al


ORDER


    After due consideration of the objection filed, I herewith

approve the Report and Recommendation of Magistrate Judge Andrea

K. Johnstone dated July 7, 2020 for the reasons set forth

therein.

_____
Steven J. McAuliffe
United States District Judge

Date: August 11, 2020

cc:  Lamont Paige, pro se
      Michael T. McCormack, Esq.